PROB 12B
(7/93)

## United States District Court
### for the
### Southern District of Georgia
### Brunswick Division

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



| | |
|---|---|
| Name of Offender: **Kanicka Chantell Dart** | Case Number: CR205-00020-001 |

Name of Sentencing Judicial Officer:   Honorable Anthony A. Alaimo
                                        Judge, U.S. District Court

Date of Original Sentence:    July 18, 2005

Original Offense:    Misprison of a felony

Original Sentence:    5 years probation and $1,000 fine

Type of Supervision:    Probation

Date Supervision Commenced:    July 18, 2005

Assistant U.S. Attorney:    Brian F. McEvoy

Defense Attorney:    Bart G. Altman

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

Extend the term of home detention/electronic monitoring for a period of three months. This modification has resulted in the total term of home confinement/electronic monitoring being nine months.

### CAUSE

The defendant was ordered as a special condition of probation to complete six months of home confinement/electronic monitoring. During her period of home confinement, the defendant was authorized to leave her residence with the advance approval of her probation officer. On Sundays the defendant was allowed to leave her residence from 10:00 a.m. to 6:30 p.m., for church services and family dinners. On November 21, 2005, the defendant requested permission to visit her fiancee, Zachary Wright, codefendant, at the Federal Prison Camp-Jesup, Georgia. The defendant requested that this officer contact Wright's counselor, D.E. Spell, and advise Spell that the defendant had this officer's permission to be at the facility.

On November 21, 2005, this officer contacted Spell and discussed the defendant's requested visitation. Spell advised this officer that the defendant was asked to leave the facility on November 20, 2005, because guards discovered her electronic monitoring anklet. Spell reported that he asked Dart if her probation officer knew she was at the facility and she advised him no. Spell told Dart she would not be allowed to return to the facility unless written permission was received from her probation officer. This officer asked Spell how many times the defendant had been to the Federal Prison Camp-Jesup, and he reported that she had visited Wright on October 30, November 13, and November 20, 2005. All of the visitations occurred on a Sunday and occurred during the time the defendant was to be at church services and at her family dinners.

Prob 12B              Request for Modifying the Conditions or Term of Supervision

Re: Kanicka Chantell Dart
Case Number: CR205-00020-001
Page 2

On November 21, 2005, this officer met with the offender at her place of employment and advised her of the information received from Federal Prison Camp - Jesup. The defendant admitted that she had visited Wright at the facility without the probation officer's permission.

Respectfully submitted,

by *[signature]*
Philip J. Lyons
U.S. Probation Officer
Date: 11/22/2005

Reviewed by: *[signature]*
Barry Bargainnier
Supervisory U. S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*
Judge, U.S. District Court

Dec 1st 2005
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Brunswick Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> That the defendant's term of home confinement/electronic monitoring shall be extended for a period of three months. This modification has resulted in the total term of home confinement/electronic monitoring being nine months.

Witness: _____        Signed: Kanieka Wout _____
U.S. Probation Officer                              Probationer or Supervised Releasee

11-22-05
DATE